In the Matter of CLIFFORD R. CANFIELD, Appellant, against VERNON A. MORHOUS, as Warden of Great Meadow Prison, et al., Respondents.

Argued April 20, 1944; decided May 25, 1944.

*Leon M. Layden* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Patrick H. Clune, Orrin G. Judd* and *Daniel J. Loventhal* of counsel), for repondents.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.